■ In the Matter of SAMUEL D. WRIGHT, a Disbarred Attorney.—Application by Samuel D. Wright, a disbarred attorney and counselor-at-law for reinstatement to the Bar of the State of New York.

Application granted.

The petitioner is reinstated to the Bar of the State of New York as an attorney and counselor-at-law; and the Clerk of this court is directed to restore his name to the roll of attorneys and counselors-at-law, forthwith. Lazer, J. P., Gibbons, Bracken, Rubin and Spatt, JJ.